June 18, 1970

No. 70–31 Donald J. Gagnon, CAPT, U. S. Air Force v United States.

On consideration of the Motion to Dissolve the stay of proceedings issued by order of this Court on April 17, 1970, and Motion to Dismiss the Petition for Writ of Mandamus filed by appellate defense counsel in the above-entitled case, it is, by the Court, this 18 day of June 1970,

ORDERED:
That said motion be, and the same is, hereby granted.